UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00214-CKD |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND |
| | ) | VACATE INITIAL APPEARANCE |
| v. | ) | |
| | ) | |
| GINA A. GARCIA, | ) | |
| | ) | DATE: June 17, 2021 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00214-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on June 17, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE